UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| | |
| A&B MART & SERVICE, INC., | Case No. 15-70118 (AST) |
| BOHEMIA DEVELOPMENT CORP., | Case No. 15-70119 (AST) |
| CENTEREACH DEVELOPMENT CORP., | Case No. 15-70120 (AST) |
| CORAM DEVELOPMENT CORP., | Case No. 15-70121 (AST) |
| HAUPPAUGE DEVELOPMENT CORP., | Case No. 15-70122 (AST) |
| NORTHPORT ENTERPRISES, INC., | Case No. 15-70123 (AST) |
| VALLEY STREAM ENTERPRISES, INC., | Case No. 15-70124 (AST) |
| MAPLE AVENUE HAUPPAUGE DEVELOPMENT CORP | Case No. 14-75674 (AST) |
| | |
| PORT JEFFERSON DEVELOPMENT CORP., | Case No. 14-75675 (AST) |
| MEDFORD DEVELOPMENT CORP., | Case No. 14-75666 (AST) |
| AIRPORT DEVELOPMENT CORP., | Case No. 14-75683 (AST) |
| WHEELER DEVELOPMENT LLC, | Case No. 14-75668 (AST) |
| SMITHTOWN DEVELOPMENT CORP., | Case No. 14-75669 (AST) |
| BRENTWOOD DEVELOPMENT CORP., | Case No. 14-75670 (AST) |
| RONKONKOMA DEVELOPMENT CORP., | Case No. 14-75676 (AST) |
| ISLANDIA DEVELOPMENT CORP., | Case No. 14-75677 (AST) |
| OCEANSIDE ENTERPRISES, INC., | Case No. 14-75678 (AST) |
| ISLIP DEVELOPMENT CORP., | Case No. 14-75679 (AST) |
| WESTBURY ENTERPRISES, INC., | Case No. 14-75680 (AST) |
| 303 MAPLE AVENUE LLC, | Case No. 15-74913 (AST) |
| | |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------------X

### *CORRECTED* ORDER DIRECTING SUBSTANTIVE CONSOLIDATION OF CASES

Upon the motion (the "Motion") [Dkt. No. 105 in Case No. 15-70118(AST)] of Robert L. Pryor, Chapter 7 Trustee in the above-captioned cases, seeking entry of an order pursuant to 11 U.S.C. § 105(a) substantively consolidating the estates of the above-captioned debtors (the "Debtors"); and it appearing that the relief requested is in the best interests of, and without prejudice to, all the Debtors, their estates, and their collective creditors; and it appearing that adequate notice has been given and that no further notice is necessary; and no objections to the

Motion having been filed; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that each of the Debtors shall be, and hereby is, substantively consolidated into Debtor A&B MART & SERVICE, INC. for all purposes, and that all assets and liabilities of each Debtor be, and hereby are, consolidated and deemed assets and liabilities of A&B MART & SERVICE, INC.; and it is further

**ORDERED**, that all further pleadings, documents, and other papers in the above-captioned matters shall be filed in this lead case, Case No. 15-70118 (AST); and it is further

**ORDERED**, that all proofs of claim filed in the above-captioned cases shall be deemed filed in this Case No. 15-70118 (AST), and any proofs of claim yet to be filed against any of the above-captioned Debtors must be filed in this Case No. 15-70118 (AST); and it is further

**ORDERED**, that any claim filed against any Debtor shall be treated as a claim against the consolidated Debtors, and any obligation of any Debtor shall be deemed to be an obligation of the consolidated Debtors, and that all duplicate claims or obligations are hereby expunged; and it is further

**ORDERED**, that all obligations due or owing from any Debtor to any other Debtor shall be expunged; and it is further

**ORDERED**, that the caption of the Consolidated Debtors' cases and/or Consolidated Estates shall be the following:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| A&B MART & SERVICE, INC., | Case No. 15-70118 (AST) |
| BOHEMIA DEVELOPMENT CORP., | Case No. 15-70119 (AST) |
| CENTEREACH DEVELOPMENT CORP., | Case No. 15-70120 (AST) |
| CORAM DEVELOPMENT CORP., | Case No. 15-70121 (AST) |
| HAUPPAUGE DEVELOPMENT CORP., | Case No. 15-70122 (AST) |
| NORTHPORT ENTERPRISES, INC., | Case No. 15-70123 (AST) |
| VALLEY STREAM ENTERPRISES, INC., | Case No. 15-70124 (AST) |
| MAPLE AVENUE HAUPPAUGE DEVELOPMENT CORP | Case No. 14-75674 (AST) |
| PORT JEFFERSON DEVELOPMENT CORP., | Case No. 14-75675 (AST) |
| MEDFORD DEVELOPMENT CORP., | Case No. 14-75666 (AST) |
| AIRPORT DEVELOPMENT CORP., | Case No. 14-75683 (AST) |
| WHEELER DEVELOPMENT LLC, | Case No. 14-75668 (AST) |
| SMITHTOWN DEVELOPMENT CORP., | Case No. 14-75669 (AST) |
| BRENTWOOD DEVELOPMENT CORP., | Case No. 14-75670 (AST) |
| RONKONKOMA DEVELOPMENT CORP., | Case No. 14-75676 (AST) |
| ISLANDIA DEVELOPMENT CORP., | Case No. 14-75677 (AST) |
| OCEANSIDE ENTERPRISES, INC., | Case No. 14-75678 (AST) |
| ISLIP DEVELOPMENT CORP., | Case No. 14-75679 (AST) |
| WESTBURY ENTERPRISES, INC., | Case No. 14-75680 (AST) |
| 303 MAPLE AVENUE LLC, | Case No. 15-74913 (AST) |
| Debtors. | (Substantively Consolidated) |

----------------------------------------------------------------------X

**ORDERED**, that the Clerk of the Court be, and hereby is, authorized to do all that is necessary to effectuate the terms and conditions of this Order.

**Dated: August 10, 2016**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**